EDGAR J. MACGREGOR v. ORSON KILBORN, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES J. DRYDEN.— Motion granted and the time of the appellant to serve and file his points on appeal extended to and including December 19, 1927, with notice of argument for January 3, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets of NORSKE LLOYD INSURANCE COMPANY, LTD.— Motion denied, with leave to respondents to withdraw the record on appeal from the files of this court and to apply at Special Term for resettlement of the said orders appealed from by reciting the said affidavits of Clarence B. Smith, Wendell P. Barker and Clarence C. Fowler, and the said notice of motion dated March 14, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LUIGI BOGGIANO v. HORACE LANZA.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EMPIRE BRICK AND SUPPLY COMPANY v. MAX HELFAND and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAROLD M. SCHWAB, INC., v. MARYLAND CASUALTY COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH J. SCHICKLER v. PENROD COMPANY, INC., and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before November 30, 1927; and the appellant's cross-motion for an extension of time granted on condition that said points are served and filed on or before November 30, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BELLA EMMERICH v. WILLIAM FOX.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.